UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00304-01-MCE |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| JERMILA MCCOY, | |
| Defendant. | |
| _____/ | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JERMILA MCCOY, No. 2:14-CR-00304-01-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  pursuant to the Court's order denying Government's Motion for Revocation of the Magistrate Judge's Order Authorizing Pretrial Release of the Defendant (ECF No. 42). |

Issued at Sacramento, California on May 21, 2015 at 9:47 a.m.

DATED:  May 21, 2015

_____
MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE