PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JERMILA MCCOY,<br><br>                Defendant. | CASE NO. 2:14-CR-00304 MCE<br><br>STIPULATION CONTINUING TRIAL CONFIRMATION HEARING; ORDER<br><br>DATE: October 6, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for Trial Confirmation Hearing on October 6, 2016.

///
///
///
///
///
///
///
///
///

2. By this stipulation, the parties request that the Trial Confirmation Hearing be continued to October 13, 2016, at 10:00 a.m. for Trial Confirmation Hearing and possible Change of Plea.

IT IS SO STIPULATED.

Dated: October 5, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: October 5, 2016

/s/ Scott Sugarman
SCOTT SUGARMAN
Counsel for Defendant
JERMILA MCCOY

## ORDER

IT IS SO ORDERED.

Dated: October 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE