SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
    JERMILA McCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 14 CR 304 MCE |
| Plaintiff, ) | **ORDER TO FILE SENTENCING MEMORANDUM AND RELATED DOCUMENTS UNDER SEAL** |
| v. ) | |
| JERMILA McCOY, ) | |
| Defendant. ) | |

    Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, it is hereby ordered that Defendant's Sentencing Memorandum and Objections to Presentence Report, Reply to the government's Sentencing Memorandum (if filed), and Exhibits A through D shall be SEALED until further order of this Court.  It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing the documents pursuant to U.S.S.G 5k1.1 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of

its request to seal, the Court further finds that there are no additional alternatives to sealing the exhibits pursuant to U.S.S.G 5k1.1 that would adequately protect the compelling interests identified by the Defendant.

    If counsel for the government decides to respond to any matter raised in the above documents, the government shall file that response under seal.

    IT IS SO ORDERED.

Dated:  January 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE