SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
    JERMILA McCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JERMILA McCOY,<br><br>    Defendant. | No. 14 CR 304 MCE<br><br>**ORDER EXONERATING BOND** |

GOOD CAUSE APPEARING, this Court ORDERS that the secured surety bond posted in this matter by Karen Mechelle Ridgle be exonerated. The Court directs the Clerk of the Court to prepare any necessary documents to terminate the lien on Ms. Ridgle's property, including a reconveyance for the real property located 370 Flagstone Circle, Suisun, California, which was posted as collateral for the release of Jermila McCoy.

Dated: August 31, 2017

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1