HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
JERMILA MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-CR-00304-MCE-1 |
| ) | |
| Plaintiff, ) | **SEALING ORDER** |
| ) | |
| vs. ) | JUDGE:  Hon. Morrison C. England, Jr. |
| ) | |
| JERMILA MCCOY, ) | |
| ) | |
| Defendant-Movant. ) | |
| ) | |

      IT IS HEREBY ORDERED that the Request to Seal Exhibit C to Defendant-Movant's Emergency Motion for Compassionate Release be granted so that medical information is not available on the public docket.  The Request and its Exhibit C are to be provided to the Court and Assistant United States Attorney Kevin Khasigian.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant-Movant's Request, sealing Defendant-Movant's Request and Exhibit C serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant-Movant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to

///

sealing Defendant-Movant's Request and Exhibit C that would adequately protect the compelling interests identified by Defendant-Movant.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

Dated: September 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

McCoy: Sealing Order