McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00304-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| JERMILA MCCOY, | |
| Defendant. | |

**STIPULATION**

1.   Defendant Jermila McCoy filed a motion for reduction in sentence and compassionate release on September 3, 2020. The government's response is due by September 11, 2020, and any reply due September 17, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. The government has requested, and the defense has consented to, additional time for briefing on defendant's motion. The government seeks this time for purposes of providing notice and opportunity to be heard consistent with the Crime Victims Rights Act. 18 U.S.C. § 3771(a)(4). Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, be due on September 25, 2020; and

    b) The defense reply, if any, will be due on October 2, 2020.

IT IS SO STIPULATED.

Dated: September 11, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Matthew D. Segal*
MATTHEW D. SEGAL
Assistant United States Attorney

Dated: September 11, 2020

/s/ *Linda Allison*
LINDA ALLISON
Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, is due on September 25, 2020; and

    b)    The defense reply, if any, will be due on October 2, 2020.

IT IS SO ORDERED.

Dated:  September 14, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE