# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Respondent,<br><br>vs.<br><br>JERMILA McCOY,<br><br>  Defendant - Petitioner. | Case No.  2:14-cr-00304-TLN<br><br>**ORDER RE: DEFENDANT'S REQUEST TO SEAL EXHIBIT A IN SUPPORT OF THE MOTION TO REDUCE SENTENCE AND/OR GRANT COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(I); AND PROPOSED ORDER** |

Upon application of the defendant, JERMILA McCOY, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal.

IT IS HEREBY ORDERED that defendant's Exhibit A in support of defendant's motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

**IT IS SO ORDERED** on June 21, 2024.

_____
Troy L. Nunley
United States District Judge