BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant-Petitioner
JERMILA McCOY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00304-TLN |
| Plaintiff - Respondent, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| vs. | |
| JERMILA McCOY, | |
| Defendant - Petitioner. | |

## STIPULATION

## <u>BACKGROUND</u>

1. On May 30, 2024, defendant McCoy filed a motion to vacate and/or reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(I). Docket No. 165. On August 1, 2024, the Court granted the motion in part, ordering Ms. McCoy's sentence reduced to time served, to be followed by the 36-month term of supervised release previously imposed. Docket No. 176.

2. On September 4, 2025, Ms. McCoy filed a motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). Docket No. 180.

3. The parties desire to stipulate to a briefing schedule for the motion. Counsel for

respondent does not oppose this request.

4. The parties stipulate to the following briefing schedule: Plaintiff-respondent will file a response by: November 3, 2025; defendant-petitioner will file a reply, if any, by: November 17, 2025.

**IT IS SO STIPULATED:**

DATED: September 4, 2025                ERIC A. GRANT
                                        Interim United States Attorney
                                        */s/ Veronica M.A. Alegria*
                                        VERONICA M.A. ALEGRIA
                                        Assistant U.S. Attorney

DATED: September 4, 2025                */s/ B.C. McComas*
                                        BRIAN C. McCOMAS

                                        ATTORNEY FOR DEFENDANT-PETITIONER
                                        JERMILA McCOY

**O R D E R**

**IT IS SO ORDERED** on September 4, 2025.

_____
Troy L. Nunley
Chief United States District Judge