UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMILA MCCOY,<br><br>Defendant. | No. 2:14-cr-00304-TLN<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Jermila McCoy's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 180.) For following reasons, the Court GRANTS Defendant's motion.

On October 13, 2016, Defendant pleaded guilty to conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349. (ECF No. 93.) On February 9, 2017, Defendant was sentenced to a 110-month term of imprisonment and a 36-month term of supervised release. (ECF No. 117.) On September 4, 2025, Defendant filed the instant motion for early termination of supervised release. (ECF No. 180.) The Government filed a statement of non-opposition. (ECF No. 183.)

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is

1

1  warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18
2  U.S.C. § 3583(e)(1)). Defendant has the burden to demonstrate that early termination of
3  supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

4      Defendant requests early termination of supervised release as she satisfies the criteria set
5  out by the Guide to Judiciary Policy. (ECF No. 180 at 7.) Specifically, Defendant contends, as of
6  the filing of her motion, she has completed approximately 13 months of the term of her
7  supervision. (*Id.*) Defendant further contends she has maintained stable employment for several
8  years and has been fully compliant with all the standard and special conditions of supervision.
9  (*Id.* at 7,8.) Defendant argues she has demonstrated that she is more than capable of living a law-
10 abiding life, being a productive member of society, and that further supervised release is not
11 necessary to protect the public. (*Id.* at 8.) Based on the Government's non-opposition and
12 Defendant's exemplary conduct for over a year while on supervised release, the Court finds
13 Defendant has met her burden to show that early termination of supervised release is warranted
14 pursuant to 18 U.S.C. § 3583(e). *Emmett*, 749 F.3d at 819.

15     Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby
16 GRANTED. (ECF No. 180.)

17     IT IS SO ORDERED.
18 Date: November 13, 2025

                                                                                    _____
                                                                                    TROY L. NUNLEY
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE